BEFORE THE FIRST DIVISION, JUNE 18, 1941

**No. 46072.**—Protests 900054–G, etc., of Harshaw Chemical Co. et al. (New York).

Opinion by BROWN, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46073.**—Protests 836233–G, etc., of American Import Co. (Los Angeles).

Opinion by DALLINGER, J.   The record showed that the ages of the children using the baseball sets in question ranged from 5 to 7 years.   They were therefore held properly classified as toys under paragraph 1513.   *Woolworth* v. *United States* (T. D. 48573) distinguished.

BEFORE THE THIRD DIVISION, JUNE 18, 1941

**No. 46074.**—Petition 5931–R of W. H. Curtin & Co., Inc. (Galveston).

Opinion by CLINE, J.   A motion to incorporate the record in Reap. Dec. 4602 was granted.   A motion to deny the petition was denied.   It was held that the court has jurisdiction to determine the issue.   *Guiste & Co.* v. *United States*, G. A. 9077 (T. D. 41274), *Howe Infants Wear* v. *United States* (T. D. 42957), *Hugo Falck & Co.* v. *United States* (T. D. 45667), *Henry Kayser & Fils* v. *United States* (T. D. 46166), and Abstract 16598 cited.   In harmony with Abstract 42733, 3 Cust. Ct. 485, where the same situation was involved, it was held that the petitioner acted without intention to misrepresent the facts or defraud the revenue.   The petition was therefore granted.

**No. 46075.**—Petition 6170–R of New York Merchandise Co., Inc. (New York).

Opinion by CLINE, J.   The petition was dismissed.